IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:                                    *

Kimberly R. Whitehurst              *    Case No. 16-17256 TJC
                                               Chapter 7

            Debtor                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

TRUSTEE'S MOTION TO EXTEND
TIME TO FILE OBJECTIONS TO DISCHARGE

Laura J. Margulies, the Chapter 7 Trustee in the above-captioned bankruptcy estate, respectfully requests that the Court enter an order extending the time for filing an objection to the discharge of Debtor, Kimberly R. Whitehurst, pursuant to Rule 4004(a) and (b) and in support of this Motion says:

1   That the Debtor filed a Chapter 7 on May 26, 2016, and Laura J. Margulies was appointed as the interim Trustee.

2.   The First Meeting of Creditors was scheduled and held on June 22, 2016.

3.   At the Meeting of Creditors the Debtor testified that she had moved to the State of Virginia in November of 2015 and that her current address was 6012 Edsall Road, Alexandria, VA 22304. She further testified that she owns no real property in Maryland. Accordingly, filing this case in Maryland was improper. The Trustee advised counsel to file a motion to change venue in this case, but thus far a motion to change venue has not been filed.

4.   The current date to file an objection to discharge is August 22, 2016. Should the Court order a change of venue, the discharge deadline should be extended to allow the new trustee to conduct his or her own investigation regarding the Debtor's assets and liabilities and any issues regarding the discharge of the Debtor.

WHEREFORE, Laura Margulies requests that the Court extend the deadline to November 22, 2016, ninety-days (90) from the previous deadline to allow time for the change of venue and meeting of creditors in the new venue, and for such other and further relief as the nature of this cause may require.

Respectfully submitted,

/s/ Laura J. Margulies
Laura J. Margulies,  #06585
205 Executive Blvd
Rockville, MD 20852
(301) 816-1600
ECF@law-margulies.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August 2016 that a copy of the foregoing was served first class mail, postage prepaid and/or electronically via ECF to:

Kimberly R. Whitehurst
6012 Edsall Road
Alexandria, VA 22304

Ronald B. Greene, Esq.
9500 ANNAPOLIS ROAD
SUITE B-5
LANHAM, MD  20706

Lynn Kohen, Esquire
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

/s/ Laura J. Margulies
Laura J. Margulies