```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND
```

IN RE:                          :

    KIMBERLY WHITEHURST          :     CASE NO. 16-17256-TJC

        Debtor                   :     CHAPTER 7

**RESPONSE TO MOTION OF THE UNITED STATES TRUSTEE TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

    Comes now the Debtor, Kimberly Whitehurst, by an through her attorney, Ronald B. Greene, Esquire, and responds to the United States Trustee's Motion to Dismiss and for grounds therefore, states as follows:

    1.  The Debtor is willing to consent to a change of venue, but opposes any dismissal of this chapter 7 case.

    WHEREFORE, Debtor prays:

    1.  That the Trustee's Motion to Dismiss be denied.

    2.  And for such other and further relief as this Court deems just and proper.

                                    Respectfully submitted,

                                    /s/ Ronald B. Greene
                                  RONALD B. GREENE, ESQUIRE
                                  9500 Annapolis Road, Suite B5
                                  Lanham, Maryland  20706
                                  301-577-1300
                                  **Attorney for Debtor**