IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | : |
| KIMBERLY R. WHITEHURST | : CASE NO. 16-17256 |
| | : |
| Debtor(s) | : CHAPTER 7 |
| | : |

**NOTICE TO NEWLY NOTIFIED CREDITOR**
**UNDER LOCAL RULE**

NOTICE IS HEREBY GIVEN to the newly notified creditor listed below that you have been listed as a creditor on the above named debtors' Chapter 7 schedules. Said newly notified creditor is:

North Carolina Department of Revenue
Central Collection Unit
1500 Pinecroft Rd., Ste. 300
Greensboro, NC 27404-3808

A copy of the original Order for Meeting of Creditors is attached to this Notice along with a copy of the Amended Matrix.

Respectfully submitted,

/s/ Ronald B. Greene
RONALD B. GREENE, ESQUIRE
9500 Annapolis Road, Suite B5
Lanham, Maryland  20706
301-577-1300
Attorney for Debtor